IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA PRUKALA, et al., | : |
| **Plaintiffs** | : |
| v. | : 3:12-CV-1985 |
| | : (JUDGE MARIANI) |
| SCHIFF'S FOOD SERVICE, INC., et al, | : |
| **Defendants** | : |

## ORDER FOR DISMISSAL

**AND NOW, THIS 1ST DAY OF JULY 2013**, upon consideration of Plaintiff's Motion to Dismiss Action (Doc. 8), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion (Doc. 8) is **GRANTED**.

2. The above-captioned case is **DISMISSED WITH PREJUDICE** and **WITHOUT COSTS OR ATTORNEY'S FEES**.

3. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge